**Opinion issued August 8, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00281-CV

———————————

## IN RE MARGARET ANNE BARTLEY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Margaret Anne Bartley filed a petition for writ of mandamus, challenging the trial court's refusal to proceed on relator's application for temporary injunction.[*]

---

[*] The underlying case is *Anne Cravens Bartley, Rutherford Cravens Bartley, Margaret Anne Bartley, and Charles Edward Bartley v. Thomas E. Bartley and Deborah R. Bartley*, cause number 38091, pending in the 335th District Court of Washington County, Texas, the Honorable Carson Campbell, Jr. presiding.

The petition is denied.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.